[Nos. 14066-7-II; 14186-6-II; Division Two. March 26, 1992.]
15391-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO HERNANDEZ COSIO, *Appellant.*

*In the Matter of the Personal Restraint of* RAMIRO HERNANDEZ COSIO, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-00320-4, Brian M. Tollefson, J., entered May 24, 1990, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *granted* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Green, J. Pro Tem.

[No. 13903-1-II. Division Two. March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. HAWLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 89-1-00101-1, Joel M. Penoyar, J., entered May 11, 1990. *Reversed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 12546-3-II. Division Two. March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK L. CAMPAS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-01374-0, Karen G. Seinfeld, J., entered January 19, 1989. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.